IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-025-RLV-DCK

| | |
|---|---|
| DAVID KRISTOPHER OWLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GEORGE T. SOLOMON, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Withdraw Motion For Order For Payment Of Mediator Fee" (Document No. 45) filed on July 10, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To Withdraw Motion For Order For Payment Of Mediator Fee" (Document No. 45) is **GRANTED**.

**IT IS FURTHER ORDERED** that the "Motion For Order For Payment Of Mediator Fees" (Document No. 42) shall be **WITHDRAWN**.

**SO ORDERED**.

Signed: July 10, 2017

David C. Keesler
United States Magistrate Judge